IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JIMMY LYMONNE BOWMAN,

    Petitioner,

v.                            Civil Action No. 3:17CV381

HAROLD CLARKE,

    Respondent.

FILED JUL 13 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA

**MEMORANDUM OPINION**

Jimmy Lymonne Bowman, proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on June 7, 2017, the Court directed Bowman to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed in forma pauperis or pay the $5.00 filing fee. More than fifteen (15) days have passed and Bowman has not returned the required in forma pauperis affidavit or paid the $5.00 fee. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Bowman.

It is so ORDERED.

                                              /s/ REP
                                        Robert E. Payne
Date: July 12, 2017             Senior United States District Judge
Richmond, Virginia